UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILKING A. MATEO SANTANA,<br><br>Defendant. | Case No. 3:15-CR-30059-001 |

**SATISFACTION OF JUDGMENT**

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the assessment, restitution and/or fine Judgment as to the defendant in the above-captioned matter, Wilking A. Mateo Santana, by payment in full.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

WILLIAM D. WEINREB
Acting United States Attorney

By: /s/ Brendan T. Mockler
BRENDAN T. MOCKLER (BBO 569140)
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
Tel. No. (617) 748-3197
brendan.mockler@usdoj.gov

Dated: August 24, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2017, this document was filed through the ECF system and sent to Wilking A. Mateo Santana, located in Boston, MA, and sent electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

/s/ Brendan T. Mockler
BRENDAN T. MOCKLER